**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Michael Francis Palma v. Harris County Appraisal Review Board

Appellate case number:    01-17-00705-CV

Trial court case number:  2017-32712

Trial court:              113th District Court of Harris County

A clerk's record was filed in this appeal on November 7, 2017. Appellant, Michael Francis Palma, then filed in this Court a "Motion for Corrected Record," which we dismissed as moot. *See* TEX. R. APP. P. 34.5(c)(1) (allowing party to direct trial court clerk to prepare and file supplemental clerk's record).

Palma, attached to his motion, a chart listing items allegedly missing from the clerk's record filed in this appeal. If a relevant item has been omitted from the clerk's record, any party or the appellate court may "direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item." TEX. R. APP. P. 34.5(c)(1).

Accordingly, the trial court clerk is directed to prepare and file, at no cost to Palma, a supplemental clerk's record containing the items listed in the chart that is attached to this order. *See* TEX. R. APP. P. 34.5(c)(1), (3).

The supplemental clerk's record shall be filed no later than 14 days from the date of this order.

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                    ☑ Acting individually    ☐ Acting for the Court

Date:  December 12, 2017